```
           IN THE UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF GEORGIA
                     ATLANTA DIVISION
```

KILLER JOE NEVADA, LLC,                )
                                       )
    *Plaintiff,*                        )   Case No.: 1:13-cv-
                                       )        01527-JEC
v.                                     )
                                       )
DOES 1-57,                             )
                                       ) **JURY TRIAL DEMANDED**
    *Defendants.*                      )
                                       )

## COMPLIANCE REPORT

    This is to certify that I have, no later than June 24, 2013, contacted each of the following ISPs to rescind and withdraw previously-issued subpoenas except for as to Doe #1 in this case. Please see attached copies of such notifications.

    I also certify that I have recevied no information through the subpoenas to date and any information I may receive subsequent to this report will be returned.

```
       Comcast Cable Communications Management, LLC
                 Attn: Lisa Yedidsion
                 650 Centerton Road
                Moorestown, NJ 08057


                  Charter Communications
               Attn: Kelly Starkweather
                12405 Powerscourt Dr.
```

St. Louis, MO 63131
Via email: Kelly.Starkweather@chartercom.com

DirecPath
Attn: Ron Rueve
Via email: rrueve@direcpath.com

Internap
Attn:  Edward Coachman
Via email: ecoachman@internap.com


PAETEC Communications
Via email: fraud@paetec.com



Respectfully submistted this 28th day of June,


   ___/s/Alan Kan___

Alan Kan
   Ga. Bar # 602573
   Attorney for Plaintiff


**Kan & Clark, LLP**
Overlook I
2849 Paces Ferry Rd, Suite 640
Atlanta, Georgia 30339
(678) 298-7911 telephone
(678) 298-6291 facsimile
akan@kanclarklaw.com